# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pamela A. Trapanotto | : | |
| Plaintiff | : | |
| vs | : | Civil Action No.: 19-cv-791 |
| | : | Judge Christopher Conner |
| Northeastern School District | : | |
| Scott D' Orazio, Individual | : | |
| Defendants. | : | Jury Trial Demanded |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Pamela A. Trapanotto and Defendants Northeastern School District and Scott D'Orazio, constituting all of the parties of record in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action in its entirety and with prejudice.  Plaintiff and Defendant will bear their own attorney's fees and costs.

Respectfully submitted this 15th day of January 2020.

| | |
|---|---|
| **DONHAM LAW** | **Sweet, Stevens, Katz & Williams** |
| /s/ Jeremy A.Donham | /s/ Austin J. Soldano |
| Jeremy A. Donham, Esq. | Austin J. Soldano, Esq. |
| PO Box 487 | 331 Butler Ave. PO Box 5069 |
| Dellslow, WV 26531 | New Britain, PA 18901 |
| Phone: 717.881.7855 | Phone: 215-345-9111 |
| Fax:  888.370.5177 | Fax: 215-348-1147 |
| donhamlaw@comcast.net | ASoldano@sweetstevens.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |